IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARVIN BIXLER, JR            :
640 N. Buckley Street         :
Bristol, PA 19007              :
                                  :    ATTORNEY I.D. 30889
     v.                         :

ALAN RITCHEY, INC.           :
740 S I-35 E. Frontage Road   :
Valley View, TX 76272-0249  :

STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41 (a)(1), it is hereby stipulated and agreed this 10th day of January, 2005, by and between Plaintiff, Marvin Bixler, Jr., and Defendant, Alan Ritchey, Inc., through their undersigned counsel, who are authorized to enter into this stipulation, that this matter is hereby dismissed in its entirety with prejudice and without costs or attorneys' fees.

SILVER AND SPERLING                JACKSON LEWIS
107 North Broad Street                  220 Headquarter Plaza
Doylestown, Pa 18901                 East Tower, 7th floor
215-348-1666                            Morristown, New Jersey 07960
                                                  973-538-6890

By: /s/ Martha Sperling             By: /s/ Richard J. Cino
    Martha Sperling                        Richard J. Cino
    Attorney for Plaintiff                  Attorney for Defendant